**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RACHEL LAW-SNYDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PORTFOLIO RECOVERY ) <br> ASSOCIATES, LLC, ) <br> ) <br> Defendant. ) | No. 11-cv-2336 KHV/KGG |

**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, RACHEL LAW-SNYDER ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA)

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Kansas, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

///

///

## PARTIES

5. Plaintiff is a natural person who resides in Hutchinson, Reno County, Kansas.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes that Defendant is a limited liability company located in Norfolk, Virginia.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. For over one year, Defendant has constantly and continuously placed collection calls to Plaintiff in attempts to collect payment on an alleged credit card debt.

11. Plaintiff advised Defendant repeatedly that she is disabled and unemployed and therefore unable to make payment on the debt. Defendant's representative responded by stating, "People with disabilities work and you need to get a job."

12. On various occasions, Defendant hung up the phone on Plaintiff after she attempted to explain her medical situation and employment status to Defendant.

13. Further, Defendant also threatened Plaintiff with a lawsuit by stating, "We are going to take you to court and get a judgment against you." Defendant has threatened legal action against Plaintiff multiple times over the course of years but has to Plaintiff's knowledge has never initiated any legal proceedings.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,**
**(FDCPA), 15 U.S.C. § 1692 et seq.**

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt;

   b) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and

   c) Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

**WHEREFORE**, Plaintiff prays that judgment be entered against the Defendant for the following:

15. Statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k,

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k, and

17. Any other relief that this court deems to be just and proper.
Plaintiff designates Kansas City as place of trial.

RESPECTFULLY SUBMITTED,

By: /s/ Adam Maxwell _____
Adam Maxwell
Bar No:24706
KROHN & MOSS, LTD.
Attorney for Plaintiffs
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428 ext. 281
(866) 802-0021 (fax)

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RACHEL LAW-SNYDER, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS)

Plaintiff, RACHEL LAW-SNYDER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, RACHEL LAW-SNYDER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2-7-2011

*Rachel Law-Snyder*
RACHEL LAW-SNYDER,
Plaintiff