# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| RACHEL LAW-SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-cv-2336 KHV/KGG |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

---

## NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

---

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES the Plaintiff, RACHEL LAW-SNYDER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  July 29, 2011                    KROHN & MOSS, LTD.

By: _____/s/Adam Maxwell_____
       Adam Maxwell,
       Attorney for Plaintiff
       Krohn & Moss, Ltd.
       10474 Santa Monica Blvd., Suite 401
       Los Angeles, CA 90025
       e-mail: amaxwell@consumerlawcenter.com

NOTICE OF SETTLEMENT